HEATHER E. WILLIAMS, Bar #122664
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
LUIS LOPEZ REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUIS LOPEZ REYES,<br><br>　　　　Defendants. | NO. Cr.S. 13-0183-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; EXCLUDING TIME**<br><br>Date: July 16, 2013<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney NIRAV DESAI and Assistant Federal Defender COURTNEY FEIN, for LUIS LOPEZ REYES, that the status conference hearing date of June 25, 2013, be vacated, and the matter be set for status conference on July 16, 2013, at 9:45 a.m.

The reason for the continuance is that the parties are awaiting the release of the pre-plea report, and that counsel will need time to review the report with Mr. Lopez Reyes once it becomes available.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 16, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel.

| | | |
|---|---|---|
| DATED: June 19, 2013 | | Respectfully submitted, |
| | | HEATHER WILLIAMS<br>Federal Public Defender |
| | | /s/ Courtney Fein<br>COURTNEY FEIN<br>Assistant Federal Defender<br>Designated Counsel for Service<br>Attorney for LUIS LOPEZ REYES |
| DATED: June 19, 2013 | | BENJAMIN WAGNER<br>United States Attorney |
| | | /s/ Nirav Desai<br>NIRAV DESAI<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

/ / /

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 25, 2013, status conference hearings be continued to July 16, 2013 at 9:45 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time up to and including the July 16, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 6/20/2013 /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge